(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Michael J. Jerva, M.D. & Associates, Ltd. | Name of Joint Debtor (Spouse) (Last, First, Middle): | |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>none | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): | |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>36-2703578 000 9 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>35 E. Wacker Drive<br>Suite 1900<br>Chicago, IL 60601 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): | |
| County of Residence or of the<br>Principal Place of Business:   Cook | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address):<br>same | Mailing Address of Joint Debtor (if different from street address): | |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/06/2004
Time: 15:31:15
Debtor: MICHAEL J JERVA M D & A
Case: 04-04569    Fee: 209
Chapter: 7    Rec. #: 3060723
Judge: Jacqueline Cox
341 mtg: 03/12/2004 @ 02:30PM
Trustee: LAWRENCE FISHER

1:04BK04569-BK001

(Official Form 1) (12/03)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Michael J. Jerva, M.D. & Associates, Ltd. | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X *Barbara L. Yong* (signed)
Signature of Attorney for Debtor(s)
Barbara L. Yong
Printed Name of Attorney for Debtor(s)
Field & Golan LLP
Firm Name
70 West Madison Street
Suite 1500
Chicago, IL 60602
Address
312-263-2300
Telephone Number
2/6/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Arlene Jerva* (signed)
Signature of Authorized Individual
Arlene Jerva, as Executor of the Estate of Michael J. Jerva
Printed Name of Authorized Individual
Sole Shareholder and Sole Director of the Debtor
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## JOINT ACTION IN LIEU OF A SPECIAL MEETING
## OF THE SOLE SHAREHOLDER AND THE SOLE DIRECTOR OF
## MICHAEL J. JERVA, M.D. & ASSOCIATES, LTD.
## BY WRITTEN CONSENT
### (an Illinois Corporation)

The undersigned, comprising the Sole Shareholder and Sole Director of Michael J. Jerva, M.D. & Associates, Ltd., an Illinois corporation (the "Corporation"), hereby waive all notice of meeting, and consents, in writing, without the necessity of a meeting, to the adoption of the following resolutions:

**RESOLVED**, that the following individual is hereby appointed as the Sole Director and the President of the Corporation for the limited purpose of dissolving and winding up the Corporation:

Arlene Jerva

**RESOLVED**, that the Sole Director and the President of the Corporation are authorized and directed to take such further action as they deem necessary or appropriate to effectuate the dissolution and winding up of the Corporation.

Dated: January 23, 2004

_Arlene Jerva_
Arlene Jerva, as Executor of the
Estate of Michael J. Jerva

Being the Sole Shareholder and the
Sole Director of the Corporation

{00018309.DOC /}

**United States Bankruptcy Court**
Northern District of Illinois

In re   Michael J. Jerva, M.D. & Associates, Ltd.                           Case No.
                                        Debtor(s)                           Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Shareholder and Sole Director of the Debtor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   Jan 23rd 2004                   _Arlene Jerva_
                                        Arlene Jerva, as Executor of the Estate of Michael J. Jerva/Sole
                                        Shareholder and Sole Director of the Debtor
                                        Signer/Title

Alexander & Alexander
Attn: James Alexander
79 W. Monroe, Suite 905
Chicago, IL 60603


AT&T
P.O. Box 78522
Phoenix, AZ 85062-8522


Bernard Edelman, Esq.
DUS Mngmnt, TDC Canada, East-Wacker
77 W. Washington St., Suite 1514
Chicago, IL 60602


Collection of America
P.O. Box 329
Norwell, MA 02061-0329


DUS Management
35 E. Wacker Dr.
Suite 600
Chicago, IL 60601


East-Wacker Limited Partnership
c/o Gene Moskowitz
205 W. Wacker Drive, Suite 1600
Chicago, IL 60606


Hartford Fire Ins.
P.O. Box 620
New Hartford, NY 13413


Illinois Department of Revenue
Bankruptcy Section
Level 7-425, 100 W. Randolph St
Chicago, IL 60606


Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


Rose McGarry c/o Greenbaum &Leavitt
Attn: Myron Greenbaum
79 W. Monroe, Suite 912
Chicago, IL 60603

SBC
Law Department
225 W. Randolph Suite 27A
Chicago, IL 60606

TDC Canada, Inc.
c/o Gene Moskowitz
205 W. Wacker Dr., Suite 1600
Chicago, IL 60606

Ziscook & Greenberg
Attn: David Greenberg
208 S. LaSalle St.
Chicago, IL 60603