**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **MICHAEL J. JERVA MD & ASSOC.,** | ) | |
| **LTD.** | ) | **CASE NO. 04-04569 JPC** |
| | ) | |
| | ) | **JUDGE JACQUELINE P. COX** |
| | ) | |
| **Debtor(s)** | | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 619
         Chicago, Illinois 60604

    on:  **July 11, 2007**
    at:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                      $      27,088.09

    b. Disbursements                                 $          36.87

    c. Net Cash Available for Distribution$    27,051.22

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 3,458.81 | $ |
| Trustee | $ 0.00 | $ | $ 74.85 |
| Trustee's Firm | $ 0.00 | $ 1,070.00 | $ |
| Accounting | | | |
| Other Taxes | $ 0.00 | $ | $ 1,321.13 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,240.30 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Centralized Insolvency Operations - Internal Revenue Service | $ 17,898.67 | $ 17,898.67 |
| 5 | Illinois Department of Revenue | $ 341.63 | $ 341.63 |

6.  Claims of general unsecured creditors totaling $42,306.68, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $6.82%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | DUS Management | $ 40,378.06 | $ 2,754.56 |
| 3 | Centralized Insolvency Operations - Internal Revenue | $ 1,928.62 | $ 131.57 |

Service

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated:  **June 12, 2007**          For the Court,


                         By:  **KENNETH S GARDNER**
                              Kenneth S. Gardner
                              Clerk of the United States Bankruptcy Court
                              219 S. Dearborn Street, 7th Floor
                              Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                 Page 1 of 1                 Date Rcvd: Jun 12, 2007
Case: 04-04569                    Form ID: pdf002             Total Served: 21

The following entities were served by first class mail on Jun 14, 2007.
 db         +Michael J Jerva M D & Associates,   35 E Wacker Drive,   Suite 1900,   Chicago, IL 60601-2203
 aty        +Barbara L Yong,   Golan & Christie LLP,   70 W Madison   Suite 1500,   Chicago, IL 60602-4265
 aty        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
 aty        +Karen G Kranbuehl,   Field & Golan,   70 W Madison,   Ste 1500,   Chicago, IL 60602-4291
 aty        +Sharanya Gururajan,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
 acc        +Ronald E Weiss,   443 W Wilson,   Palatine, IL 60067-4967
7745433      AT&T,   P.O. Box 78522,   Phoenix, AZ 85062-8522
7745432     +Alexander & Alexander,   Attn: James Alexander,   79 W. Monroe, Suite 905,
               Chicago, IL 60603-4967
7745434     +Bernard Edelman, Esq.,   DUS Mngmnt, TDC Canada, East-Wacker,   77 W. Washington St., Suite 1514,
               Chicago, IL 60602-3221
7745435      Collection of America,   P.O. Box 329,   Norwell, MA 02061-0329
7745436     +DUS Management,   c/o Gene Moskowitz & Assoc,   205 W Wacker Dr #1600,   Chicago, IL 60606-1441
7745437     +East-Wacker Limited Partnership,   c/o Gene Moskowitz,   205 W. Wacker Drive, Suite 1600,
               Chicago, IL 60606-1441
7745438     +Hartford Fire Ins.,   P.O. Box 620,   New Hartford, NY 13413-0620
7745440    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114-0326)
7745439     +Illinois Department of Revenue,   Bankruptcy Section,   Level 7-425, 100 W. Randolph St,
               Chicago, IL 60601-3218
7805034     +Paul Glick,   10  S Lasalle St,, Ste 1017,   Chicago, IL 60603-1088
7745441     +Rose McGarry,   1869 Hastings Ave,   Downers Grove, IL 60516-2481
7745442     +Rose McGarry c/o Greenbaum &Leavitt,   Attn: Myron Greenbaum,   79 W. Monroe, Suite 912,
               Chicago, IL 60603-4974
7745443     +SBC,   Law Department,   225 W. Randolph Suite 27A,   Chicago, IL 60606-1838
7745444     +TDC Canada, Inc.,   c/o Gene Moskowitz,   205 W. Wacker Dr., Suite 1600,   Chicago, IL 60606-1441
7745445     +Ziscook & Greenberg,   Attn: David Greenberg,   208 S. LaSalle St.,   Chicago, IL 60604-1000

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty         Laura Barrientos-DuVall
 acc         Ronald A Weiss
                                                                                                 TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2007**                **Signature:** *Joseph Speetjens*