**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: Michael J Jerva MD & Associates | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | CASE NO. 04-04569 |
| | ) | |
| | ) | HONORABLE Jacqueline P. Cox |
| Debtor(s) | ) | |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:   THE HONORABLE  JACQUELINE P. COX,
       BANKRUPTCY JUDGE

Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated:  October 18, 2007                    /s/ David P. Leibowitz
                                            DAVID P. LEIBOWITZ, TRUSTEE